**FILED**

AUG 2 0 2015

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Murray Energy Corporation,

**Plaintiff(s),**

v.                                     Civil           **NO:** 1:15-cv-110-IMK

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; GINA McCARTHY,
in her official capacity as Administrator, United States Environmental Protection Agency; UNITED STATES
ARMY CORPS OF ENGINEERS; and JO-ELLEN DARCY, in her official capacity as Assistant Secretary of the

**Defendant(s).**

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of
Jessica O'Donnell _____, it is **ORDERED** that the Application for
Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may
appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 8-20-2015

_____
United States District Judge